OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 This People’s appeal, allowed by permission of a dissenting Associate Justice of the Appellate Division, implicates the issue whether police officers reasonably believed that defendant was engaging in criminal activity, justifying their pursuit and detention of him on a New York City street. The trial court and the Appellate Division suppressed the weapon ultimately recovered after the street chase and apprehension of defendant.
 

 The legal standard is not at issue, but only its application to undisputed facts. Thus, the threshold question for this Court’s review is limited to whether the determination of the mixed question of law and fact — lack of reasonable suspicion of criminality to support the police officers’ belief for the pursuit action undertaken — is supported by this record
 
 (see, People v Harrison,
 
 57 NY2d 470, 477). Since it is, this Court’s review is concluded and the order of the Appellate Division must be affirmed.
 

 Chief Judge Kaye and Judges Simons, Titone, Hancock, Jr., Bellacosa, Smith and Levine concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed, in a memorandum.